1  Catherine Anne Allen (SBN 211574)
   LAW OFFICE OF CATHERINE ANNE ALLEN
2  26565 West Agoura Rd., Ste. 200
   Calabasas, California 91302
3  Telephone: 1(818) 867-9339
   callen@caalawyer.com
4

5  Counsel for Plaintiff Scott Canale

6

7

8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA

10

11  SCOTT CANALE, an individual,              Case No.: 2:24-cv-03295-CSK

12                  Plaintiff,
                                              [PROPOSED] ORDER RE: STIPULATED
13  v.                                        MOTION FOR CONTINUANCE OF
                                              INITIAL SCHEDULING CONFERENCE
14  AUTOZONE, INC., a California Corporation,
    and Does 1 through 30, inclusive.
15
                    Defendants.
16

17

18      The Court, having considered the Stipulated Motion for Continuance of Initial

19  Scheduling Conference filed on May 28, 2025, and good cause appearing,

20      IT IS HEREBY ORDERED:

21

22      The Initial Scheduling Conference shall be continued to July 29, 2025 at 10:00 a.m. If

23  the parties have any updates to their Joint Status Report already filed, they shall file an updated

24  Joint Status Report fourteen (14) days prior to the Initial Scheduling Conference.

25

26  Dated:  May 30, 2025         _____
                                 CHI SOO KIM
27                               UNITED STATES MAGISTRATE JUDGE

28  [Proposed] Order                      1          Case No.: 2:24-cv-03295-CSK
    Stipulated Motion for Continuance
    of Initial Scheduling Conference

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28